UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAINT MICHAEL ACADEMY, INC.,

    Plaintiff,

v.

ELIZABETH HERTEL, in her official capacity as Director of the Michigan Department of Health and Human Services,

    Defendant.

No. 1:20-cv-01194

HON. PAUL L. MALONEY

MAG. JUDGE GREEN

| | |
|---|---|
| Richard Thompson (P21410)<br>Thomas More Law Center<br>24 Frank Lloyd Wright Drive<br>P.O. Box 393<br>Ann Arbor, MI 48106<br>(734) 827-2001<br>rthompson@thomasmore.org | Neil Giovanatti (P82305)<br>Daniel J. Ping (P81482)<br>Assistant Attorneys General<br>Attorneys for Defendant<br>P.O. Box 30736<br>Lansing, MI 48909<br>517-335-7632<br>giovanattin@michigan.gov<br>pingd@michigan.gov |

/

**DEFENDANT'S MOTION TO DISMISS**

    For the reasons set forth in the accompanying brief, Defendant Elizabeth Hertel moves this Court for an order dismissing the Amended Complaint in its entirety pursuant to Federal Rules of Civil Procedure 12(b)(1) and (b)(6), and granting Defendant such and further relief as the Court deems just and appropriate.

Pursuant to Local Civil Rule 7.1(d), Defendant's counsel sought Plaintiff's counsel's concurrence with this motion. Plaintiff does not concur with the relief requested in this motion and will oppose the motion.

Respectfully submitted,

*/s/ Neil Giovanatti*
Neil Giovanatti (P82305)
Daniel J. Ping (P81482)
Assistant Attorneys General
Attorneys for Defendant
P.O. Box 30736
Lansing, MI 48909
517-335-7632
giovanattin@michigan.gov
pingd@michigan.gov

Dated: February 19, 2021