UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAINT MICHAEL ACADEMY, INC.            )
                          Plaintiff,   )
-v-                                    )            No. 1:20-cv-1194
                                       )
                                       )            Honorable Paul L. Maloney
ELIZABETH HERTEL, in her official      )
Capacity as the Director of the Michigan )
Department of Health and Human         )
Services,                              )
                          Defendant.   )
                                       )

## JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of

the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  January 4, 2022                          /s/ Paul L. Maloney
                                                Paul L. Maloney
                                                United States District Judge